**Rosemarie CHRISTOPHERSEN, Surviving Spouse of Albert Roy Christophersen, deceased and Steven Roy Christophersen, Plaintiffs–Appellants,**

v.

**ALLIED–SIGNAL CORPORATION, Inco Alloys International, Inc., United Catalysts, Inc., The Hall Chemical Company, Marathon Manufacturing Company, and CP Chemicals, Inc., Defendants–Appellees.**

No. 89–1995.

United States Court of Appeals, Fifth Circuit.

Sept. 25, 1990.

Paul Colley, Jr., Law Offices of Paul Colley, Jr., Tyler, Tex., Christophersen, et al.

Steve Schoettmer, P. Jefferson Ballew, Thompson & Knight, Dallas, Tex., for Allied–Signal, Inc.

Marc A. Sheiness, Hirsch, Glover, Robinson & Sheiness, Houston, Tex., for Inco Alloys Intern'l, Inc.

Pat Beard, Beard & Kultgen, Waco, Tex., for United Catalysts, Inc.

Michael W. Huddleston, Teresa Bohne, Stan Thiebaud, R. Brent Cooper, Cowles & Thompson, Dallas, Tex., for Hall Chemical Co.

Clifton T. Hutchison, Hughes & Luce, James J. Juneau, Strasburger & Price, Dallas, Tex., for Marathon Manuf.

Jeff Kinsel, Elizabeth S. Miller, Frederick deB. Bostwick, III, Naman, Howell, Smith & Lee, Waco, Tex., for CP Chemicals, Inc.

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before CLARK, Chief Judge, GEE, KING, JOHNSON, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHE, WIENER and BARKSDALE, Circuit Judges.*

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.